ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 26 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANTHONY LEE TURNER,<br>Petitioner,<br>v.<br>AREF FAKHOURY, warden,<br>Respondent. | Case No. EDCV 10-00478 VAP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: April 23, 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY